02-10-240-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00240-CV 

 

 


 
 
 Ex parte S.M.S.
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE
211th District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion
To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d). 

 

PER
CURIAM

PANEL:  MCCOY, DAUPHINOT,
and WALKER, JJ.  

 

DELIVERED:  December 23, 2010











[1]See Tex. R. App. P. 47.4.